## ST. LOUIS & S. F. R. CO. v. SOUTHERN FUEL CO.

No. 6869—Opinion Filed March 21, 1916.
Rehearing Denied May 23, 1916.
(157 Pac. 321.)

### Appeal and Error—Briefs—Effect of Failure to File—Reversal.

Where a cause has been duly submitted and the defendant in error has failed to file an answer brief within the time allowed by the rules of this court, and no reason therefor has been given or extension of time granted for good cause, and the brief filed by the plaintiff in error reasonably well sustains the assignments of error set out in the petition in error, the court will not search the record to find some reason why the judgment appealed from should be sustained, but will reverse and remand the case for a new trial.

(Syllabus by Wilson, C.)

Error from District Court, Oklahoma County; W. R. Taylor, Judge.

Action by the Southern Fuel Company against the St. Louis & San Francisco Railroad Company. Judgment for plaintiff, and defendant brings error. Reversed and remanded for new trial.

W. F. Evans and Fred E. Suits, for plaintiff in error.

C. W. Stringer, for defendant in error.

Opinion by WILSON, C. This case comes to this court on appeal from the district court of Oklahoma county and was filed on October 1, 1914. Plaintiff in error's brief was duly served and filed on December 18, 1915. Although the cause has been duly submitted by order of the court, defendant in error has failed to file its answer brief within the time allowed by the rules of the court, and no reason has been given for such failure.

We have examined plaintiff in error's brief, and it reasonably well sustains the assignments of error set out in its petition in error, and we, therefore, without searching the record to find some reason why the judgment appealed from should be sustained, recommend that it be reversed and remanded to the district court of Oklahoma county, with directions that a new trial be granted.

By the Court: It is so ordered.